FILED
09/14/2022
Clerk, U.S. District Court
District of Montana
Missoula Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **NIKA C. HOFFMAN,** Defendant. | **VIOLATION:** E1383996 **Location Code: M13** **ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the above citation is **DISMISSED.**

**IT IS FURTHER ORDERED** that the initial appearance scheduled for September 30, 2022, is **VACATED**.

DATED this  14th  day of September, 2022.

John Johnston
United States Magistrate Judge